**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A PERMANENT EASEMENT FOR 2.28 ACRES, PERMANENT ACCESS EASEMENT FOR 2.31 ACRES, TEMPORARY EASEMENTS FOR 2.68 ACRES AND EXCLUSIVE RIGHTS EASEMENT FOR 0.11 ACRES, IN MASONVILLE, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 160.-1-19,<br>STONE MOUNTAIN MANAGEMENT, LLC, et al.<br><br>　　　　Defendants. | CIVIL ACTION<br><br>Case No. 3:14-cv-02107-NAM-RFT<br><br>**Electronically Filed** |

## ORDER

AND NOW, this 19th day of February, 2015, upon consideration of Plaintiff's Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015 Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the documents and arguments submitted in reference thereto, the Motion is hereby GRANTED and:

　　(a)　Upon filing the bond required below, beginning February 16, 2015, Plaintiff Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and entry to the following Rights of Way:

　　　　1.　A permanent right of way and easement, containing 2.28 acres, as described as "Area of Permanent Right of Way" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to

        meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway. Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition. Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2.     A permanent access easement, containing 2.31 acres, as described as "Area of Permanent Access Road" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering and repairing an access road for ingress, egress and regress to Plaintiff's permanent right of way and easement and its natural gas transmission pipeline together with a right of way and easement to construct, maintain, operate, repair, alter, replace and remove cathodic protection equipment and the necessary appurtenances thereto, such as but not limited to poles, guy wires, anchors, rectifiers, power lines, cables, deep well anode and anode ground beds, in the permanent access easement as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for

        the full enjoyment or use of the right of way and easement.  Further, Defendants shall not excavate, change the grade of or place any water impoundments or structures on the easement without the written consent of Plaintiff.

3. Temporary easements of 2.68 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

4. A permanent exclusive easement of 0.11 acres, as described as "Area of Exclusive Easement" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement.  Plaintiff shall have the right to install and maintain fences surrounding the exclusive easement area to prevent unauthorized access.  Defendants shall not enter upon, access or use the exclusive easement area or otherwise interfere with Plaintiff's exclusive use of the easement area.

(b) Constitution shall post a bond in the amount of $28,000.00 as security for the payment of just compensation to Defendants.

(c) Constitution shall record this Order in the County Clerk's Office of Delaware County, New York.

IT IS SO ORDERED.

                                                */s/ Norman A. Mordue*
**Norman A. Mordue**
**Senior U.S. District Judge**

# EXHIBIT A

757019.1 01/06/2015





### ℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1-2 | N 59°49'35" E | 1221.83' |
| 2-3 | N 47°22'16" E | 58.59' |
| 3-4 | N 34°54'57" E | 803.32' |

### 50' WIDE PERMANENT EASEMENT #1

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 5-6 | N 59°49'35" E | 1268.75' |
| 6-7 | N 47°22'16" E | 53.13' |
| 7-8 | N 34°54'57" E | 275.30' |
| 8-9 | S 55°05'03" E | 50.00' |
| 9-10 | S 34°54'57" W | 280.76' |
| 10-11 | S 47°22'16" W | 64.04' |
| 11-12 | S 59°49'35" W | 1174.91' |
| 12-5 | S 86°33'17" W | 111.17' |

### 50' WIDE PERMANENT EASEMENT #2

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 13-14 | N 34°54'57" E | 405.50' |
| 14-15 | N 86°33'04" E | 63.77' |
| 15-16 | S 34°54'57" W | 445.08' |
| 16-13 | N 55°05'03" W | 50.00' |

### 25', 40' & 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 12-11 | N 59°49'35" E | 1174.91' |
| 11-10 | N 47°22'16" E | 64.04' |
| 10-15 | N 34°54'57" E | 825.84' |
| 15-17 | N 86°33'04" E | 62.66' |
| 17-18 | S 55°05'02" E | 0.88' |
| 18-19 | S 34°54'58" W | 104.99' |
| 19-20 | N 55°05'02" W | 25.00' |
| 20-21 | S 34°54'58" W | 356.37' |
| 21-22 | S 55°05'02" E | 25.00' |
| 22-23 | S 34°54'58" W | 399.40' |
| 23-24 | N 45°47'12" W | 5.66' |
| 24-25 | S 48°08'12" W | 29.43' |
| 25-26 | S 19°34'23" W | 17.33' |
| 26-27 | S 47°22'16" W | 39.09' |
| 27-28 | S 59°49'35" W | 293.99' |
| 28-29 | N 30°10'25" W | 10.00' |
| 29-30 | S 59°49'35" W | 142.42' |
| 30-31 | S 30°10'25" E | 10.00' |
| 31-32 | S 59°49'35" W | 644.67' |
| 32-12 | S 86°33'17" W | 111.17' |

### 10' WIDE TEMPORARY WORKSPACE #1

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 5-33 | S 86°33'17" W | 22.24' |
| 33-34 | N 59°49'35" E | 1287.52' |
| 34-35 | N 47°22'16" E | 50.95' |
| 35-36 | N 34°54'57" E | 274.21' |
| 36-8 | S 55°05'03" E | 10.00' |
| 8-7 | S 34°54'57" W | 275.30' |
| 7-6 | S 47°22'16" W | 53.13' |
| 6-5 | S 59°49'35" W | 1268.75' |

### 10' WIDE TEMPORARY WORKSPACE #2

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 13-37 | N 55°05'03" W | 10.00' |
| 37-38 | N 34°54'57" E | 138.05' |
| 38-39 | S 55°05'03" E | 10.00' |
| 39-13 | S 34°54'57" W | 138.05' |

### 10' WIDE TEMPORARY WORKSPACE #3

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 40-41 | N 55°05'03" W | 10.00' |
| 41-42 | N 34°54'57" E | 35.21' |
| 42-14 | N 86°33'04" E | 12.75' |
| 14-40 | S 34°54'57" W | 43.13' |

### 50'x100' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 43-44 | N 34°54'58" E | 100.00' |
| 44-45 | S 55°05'02" E | 50.00' |
| 45-46 | S 34°54'58" W | 100.00' |
| 46-43 | N 55°05'02" W | 50.00' |

### 50'x50' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 47-18 | N 34°54'58" E | 50.00' |
| 18-48 | S 55°05'02" E | 50.00' |
| 48-49 | S 34°54'58" W | 50.00' |
| 49-47 | N 55°05'02" W | 50.00' |

### ℄ 20' & 50' WIDE PERMANENT ACCESS ROAD AR-NY-DE-008.000

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 50-51 | S 87°59'24" E | 131.25' |
| 51-52 | S 85°46'11" E | 58.12' |
| 52-53 | S 83°32'57" E | 20.20' |
| 53-54 | S 87°02'05" E | 30.40' |
| 54-55 | N 85°59'39" E | 30.40' |
| 55-56 | N 79°01'24" E | 30.40' |
| 56-57 | N 72°03'08" E | 30.40' |
| 57-58 | N 67°53'16" E | 64.78' |
| 58-59 | N 65°23'29" E | 150.05' |
| 59-60 | N 62°48'43" E | 135.00' |
| 60-61 | N 60°13'58" E | 116.63' |
| 61-62 | N 63°26'20" E | 89.49' |
| 62-63 | N 69°51'05" E | 89.49' |
| 63-64 | N 73°03'28" E | 52.17' |
| 64-65 | N 68°35'57" E | 38.87' |
| 65-66 | N 59°40'56" E | 38.87' |
| 66-67 | N 55°13'25" E | 133.66' |
| 67-68 | N 52°34'39" E | 92.33' |
| 68-69 | N 47°17'07" E | 92.33' |
| 69-70 | N 44°38'21" E | 74.70' |
| 70-71 | N 55°04'02" E | 18.10' |
| 71-72 | N 75°55'22" E | 18.10' |
| 72-73 | N 86°21'03" E | 40.41' |
| 73-74 | N 79°04'31" E | 37.99' |
| 74-75 | N 71°48'00" E | 144.08' |
| 75-76 | N 79°25'38" E | 39.82' |
| 76-77 | S 85°19'07" E | 39.82' |
| 77-78 | S 77°41'29" E | 151.02' |

### 50' x 100' VALVE SITE MLV #5

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 8-13 | N 34°54'57" E | 100.00' |
| 13-16 | S 55°05'03" E | 50.00' |
| 16-9 | S 34°54'57" W | 100.00' |
| 9-8 | N 55°05'03" W | 50.00' |

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/29/14

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET |
| 26-03-70/0001-54 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 09-08-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 09-23-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 09-26-14 | GIE | APPROVED | 1110415 | | |

DRAWN BY: GIE  DATE: 02-03-14
CHECKED BY: MAC  DATE: 09-08-14
APPROVED BY: DPS  DATE: 09-24-14
WO: 1110415
ISSUED FOR BID:
ISSUED FOR CONSTRUCTION:
DRAWING NUMBER: 26-06-85/51.93-3-0
SCALE: NONE
SHEET 3 OF 7

11:10:50 AM  9/26/2014
H:\...tdm\1574\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-008.000-3_C.dwg

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT #1
ACROSS PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TAX PARCEL ID # 160.-1-19
BOOK 956, PAGE 88
LOCATED IN TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

Commencing at a point in the South boundary line of the aforementioned parcel, said point being the Southwest corner and Point of Commencement; thence along the South boundary line of said parcel of land N 86°33'17" E a distance of 495.61 feet to a point, said point being the Point of Beginning;

Thence, N 59°49'35" E a distance of 1268.75 feet to a point;
Thence, N 47°22'16" E a distance of 53.13 feet to a point;
Thence, N 34°54'57" E a distance of 275.30 feet to a point, said point being the Southwest corner for the Proposed Valve Site MLV #5;
Thence along the Southeasterly boundary line for said Valve Site MLV #5, S 55°05'03" E a distance of 50.00 feet to a point, said point being the Southeast corner for said Valve Site MLV #5;
Thence, S 34°54'57" W a distance of 280.76 feet to a point;
Thence, S 47°22'16" W a distance of 64.04 feet to a point;
Thence, S 59°49'35" W a distance of 1174.91 feet to a point in said South boundary line;
Thence along said South boundary line, S 86°33'17" W a distance of 111.17 feet to the Point of Beginning containing 1.79 acres.
The 1.79 acres being part of the 2.28 acre total as shown on Sheet 1, "Area of Permanent Right Of Way".

All this is more fully shown on Drawing No. 26-06-85/51.93-1 thru 7 entitled "Constitution Pipeline Company, LLC – Property of Stone Mountain Management, LLC – Located in Town of Masonville, – Delaware County, New York" dated September 26, 2014.

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT #2
ACROSS PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TAX PARCEL ID # 160.-1-19
BOOK 956, PAGE 88
LOCATED IN TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

Beginning at a point located N 53°59'55" E a distance of 1669.65 feet from the said point being the Point of Beginning for the Proposed 50 foot Permanent Easement;
Thence, N 34°54'57" E a distance of 405.50 feet to a point located in the division line between the lands of Evans, et al to the North and lands of Stone Mountain Management, LLC to the South;
Thence along said division line, N 86°33'04" E a distance of 63.77 feet to a point;
Thence through the lands of Stone Mountain Management, LLC, S 34°54'57" W a distance of 445.08 feet to a point, said point being the Northeast corner for the Proposed Valve Site MLV #5;
Thence along the North boundary line of said ValveSite MLV #5, N 55°05'03" W a distance of 50.00 to the Point of Beginning containing 0.49 acres.
The 0.49 acres being part of the 2.28 acre total as shown on Sheet 1, "Area of Permanent Right Of Way".

All this is more fully shown on Drawing No. 26-06-85/51.93-1 thru 7 entitled "Constitution Pipeline Company, LLC – Property of Stone Mountain Management, LLC – Located in Town of Masonville, – Delaware County, New York" dated September 26, 2014.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.
DATE: 9/29/14

| DRAWING NO. | REFERENCE TITLE | CONSTITUTION PIPELINE COMPANY, LLC |
|---|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET | PROPOSED 30" NATURAL GAS PIPELINE |
| 26-03-70/0001-54 | ALIGNMENT SHEET | CROSSING PROPERTY OF STONE MOUNTAIN MANAGEMENT, LLC TOWN OF MASONVILLE DELAWARE COUNTY, NEW YORK |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-03-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 09-08-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MMC | DATE: 09-08-14 | ISSUED FOR CONSTRUCTION: | |
| B | 09-23-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-24-14 | DRAWING NUMBER: 26-06-85/51.93-4-0 | SHEET 4 OF 7 |
| 0 | 09-26-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | |

Case 3:14-cv-02107-NAM-DJS   Document 13   Filed 02/19/15   Page 9 of 11

## DESCRIPTION FOR THE PROPOSED 25', 40' & 50' TEMPORARY WORKSPACE

Beginning at a point in the South boundary line of the aforementioned parcel, said point being located N 86°33'17" E a distance of 111.17 feet from the said Point of Beginning for the Proposed 50 foot Permanent Easement;

Thence, N 59°49'35" E a distance of 1174.91 feet to a point;
Thence, N 47°22'16" E a distance of 64.04 feet to a point;
Thence, N 34°54'57" E a distance of 825.84 feet to a point in the division line between the lands of lands of Evans to the North and lands of Stone Mountain Management, LLC to the South;
Thence along said division line, N 86°33'04" E a distance of 62.66 feet to a point;
Thence through the lands of Stone Mountain Management, LLC, S 55°05'02" E a distance of 0.88 feet to a point;
Thence S 34°54'58" W a distance of 104.99 feet to a point;
Thence, N 55°05'02" W a distance of 25.00 feet to a point;
Thence, S 34°54'58" W a distance of 356.37 feet to a point;
Thence, S 55°05'02" E a distance of 25.00 feet to a point;
Thence, S 34°54'58" W a distance of 399.40 feet to a point;
Thence, N 45°47'12" W a distance of 5.66 feet to a point;
Thence, S 48°08'12" W a distance of 29.43 feet to a point;
Thence, S 19°34'23" W a distance of 17.33 feet to a point;
Thence, S 47°22'16" W a distance of 39.09 feet to a point;
Thence, S 59°49'35" W a distance of 293.99 feet to a point;
Thence, N 30°10'25" W a distance of 10.00 feet to a point;
Thence, S 59°49'35" W a distance of 142.42 feet to a point;
Thence, S 30°10'25" E a distance of 10.00 feet to a point;
Thence, S 59°49'35" W a distance of 644.67 feet to a point in said South boundary line;
Thence along said boundary line, S 86°33'17" W a distance of 111.17 feet to the Point of Beginning containing 2.10 acres.

The 2.10 acres being part of 2.51 acre total, as shown on Sheet 1 "Area of Temporary Workspace".

## DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #1

Beginning at a point in the South boundary line of the aforementioned parcel, said point being the Point of Beginning for Proposed 50 foot Permanent Easement;

Thence, S 86°33'17" W a distance of 22.24 feet to a point;
Thence, N 59°49'35" E a distance of 1287.52 feet to a point;
Thence, N 47°22'16" E a distance of 50.95 feet to a point;
Thence, N 34°54'57" E a distance of 274.21 feet to a point;
Thence, S 55°05'03" E a distance of 10.00 feet to a point;
Thence, S 34°54'57" W a distance of 275.30 feet to a point;
Thence, S 47°22'16" W a distance of 53.13 feet to a point;
Thence, S 59°49'35" W a distance of 1268.75 feet to the Point of Beginning containing 0.37 acres.

The 0.37 acres being part of the 2.51 acre total as shown on sheet 1, "Area of Temporary Workspace".

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.
DATE: 9/29/14

| DRAWING NO. | REFERENCE TITLE | | | |
|---|---|---|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET | CONSTITUTION PIPELINE COMPANY, LLC | |  |
| 26-03-70/0001-54 | ALIGNMENT SHEET | PROPOSED 30" NATURAL GAS PIPELINE CROSSING PROPERTY OF STONE MOUNTAIN MANAGEMENT, LLC TOWN OF MASONVILLE DELAWARE COUNTY, NEW YORK | | |

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-03-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 09-08-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MMC | DATE: 09-08-14 | ISSUED FOR CONSTRUCTION: | |
| B | 09-23-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-24-14 | DRAWING NUMBER: 26-06-85/51.93-5-0 | SHEET 5 OF 7 |
| 0 | 09-26-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | |

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #2

Beginning at a point located N 53°59'55" E a distance of 1669.65 feet from the said Point of Beginning for the Proposed 50 foot Permanent Easement;
   Thence, N 55°05'03" W a distance of 10.00 feet to a point;
   Thence, N 34°54'57" E a distance of 138.05 feet to a point;
   Thence, S 55°05'03" E a distance of 10.00 feet to a point;
   Thence, S 34°54'57" W a distance of 138.05 feet to the Point of Beginning containing 0.03 acres.
The 0.03 acres being part of the 2.51 acre total as shown on sheet 1, "Area of Temporary Workspace".

### DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE #3

Beginning at a point located N 50°37'44" E distance of 2015.60 feet from said Point of Beginning for the Proposed 50 foot Permanent Easement;
   Thence, N 55°05'03" W a distance of 10.00 feet to a point;
   Thence, N 34°54'57" E a distance of 35.21 feet to a point in the division line between the lands of Evans, et al to the North and lands of Stone Mountain Management, LLC to the South;
   Thence along said division line, N 86°33'04" E a distance of 12.75 feet to a point;
   Thence through the lands of Stone Mountain Management, LLC S 34°54'57" W a distance of 43.13 feet to the Point of Beginning containing 0.01 acres.
The 0.01 acres being part of the 2.51 acre total, as shown on Sheet 1, "Area of Temporary Workspace".

### DESCRIPTION FOR THE PROPOSED 50'x100' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 58°30'20" E a distance of 1613.91 feet from the said Point of Beginning for the Proposed 50 foot Permanent Easement;
   Thence, N 34°54'58" E a distance of 100.00 feet to a point;
   Thence, S 55°05'02" E a distance of 50.00 feet to a point;
   Thence, S 34°54'58" W a distance of 100.00 feet to a point;
   Thence, N 55°05'02" W a distance of 50.00 feet to the Point of Beginning containing 0.11 acres.

### DESCRIPTION FOR THE PROPOSED 50'x50' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located N 52°42'50" E a distance of 2113.00 feet from the said Point of Beginning for the Proposed 50 foot Permanent Easement;
   Thence, N 34°54'58" E a distance of 50.00 feet to a point;
   Thence, S 55°05'02" E a distance of 50.00 feet to a point;
   Thence, S 34°54'58" W a distance of 50.00 feet to a point;
   Thence, N 55°05'02" W a distance of 50.00 feet to the Point of Beginning containing 0.06 acres.

### DESCRIPTION FOR THE PROPOSED 50' x 100' VALVE SITE MLV #5

Beginning at a point located N 55°11'15" E a distance of 1575.48 feet from the said point being the Point of Beginning for the Proposed 50 foot Permanent Easement;
   Thence, N 34°54'57" E a distance of 100.00 feet to a point;
   Thence, S 55°05'03" E a distance of 50.00 feet to a point;
   Thence, S 34°54'57" W a distance of 100.00 feet to a point;
   Thence, N 55°05'03" W a distance of 50.00 feet to the Point of Beginning containing 0.11 acres.

NYSPLS LIC. NO. 050820
DONALD P. SCHELL
MASER CONSULTING P.A.

DATE: 9/29/14

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET |
| 26-03-70/0001-54 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK


CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 09-08-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 09-23-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 09-26-14 | GIE | APPROVED | 1110415 | | |

DRAWN BY: GIE   DATE: 02-03-14   ISSUED FOR BID:           SCALE: NONE
CHECKED BY: MAC  DATE: 09-08-14   ISSUED FOR CONSTRUCTION:
APPROVED BY: DPS DATE: 09-24-14   DRAWING NUMBER: 26-06-85/51.93-6-0   SHEET 6 OF 7
WO: 1110415

DESCRIPTION FOR THE 20' & 50' PERMANENT ACCESS ROAD
AR-NY-DE-008.000
ACROSS PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TAX PARCEL ID # 160.-1-19
BOOK 956, PAGE 88
LOCATED IN TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

Commencing at a point in the South boundary line of the aforementioned parcel, said point being the Southwest corner and Point of Commencement; thence along the West boundary line of said parcel of land N 01°49'46" E a distance of 351.76 feet to a point, said point being the Point of Beginning;

Thence, S 87°59'24" E a distance of 131.25 feet to a point;
Thence, S 85°46'11" E a distance of 58.12 feet to a point;
Thence, S 83°32'57" E a distance of 20.20 feet to a point;
Thence, S 87°02'05" E a distance of 30.40 feet to a point;
Thence, N 85°59'39" E a distance of 30.40 feet to a point;
Thence, N 79°01'24" E a distance of 30.40 feet to a point;
Thence, N 72°03'08" E a distance of 30.40 feet to a point;
Thence, N 67°53'16" E a distance of 64.78 feet to a point;
Thence, N 65°23'29" E a distance of 150.05 feet to a point;
Thence, N 62°48'43" E a distance of 135.00 feet to a point;
Thence, N 60°13'58" E a distance of 116.63 feet to a point;
Thence, N 63°26'20" E a distance of 89.49 feet to a point;
Thence, N 69°51'05" E a distance of 89.49 feet to a point;
Thence, N 73°03'28" E a distance of 52.17 feet to a point;
Thence, N 68°35'57" E a distance of 38.87 feet to a point;
Thence, N 59°40'56" E a distance of 38.87 feet to a point;
Thence, N 55°13'25" E a distance of 133.66 feet to a point;
Thence, N 52°34'39" E a distance of 92.33 feet to a point;
Thence, N 47°17'07" E a distance of 92.33 feet to a point;
Thence, N 44°38'21" E a distance of 74.70 feet to a point;
Thence, N 55°04'02" E a distance of 18.10 feet to a point;
Thence, N 75°55'22" E a distance of 18.10 feet to a point;
Thence, N 86°21'03" E a distance of 40.41 feet to a point;
Thence, N 79°04'31" E a distance of 37.99 feet to a point;
Thence, N 71°48'00" E a distance of 144.08 feet to a point;
Thence, N 79°25'38" E a distance of 39.82 feet to a point;
Thence, S 85°19'07" E a distance of 39.82 feet to a point;
Thence, S 77°41'29" E a distance of 151.02 feet to the Point of Beginning containing 2.31 acres.

All this is more fully shown on Drawing No. 26-06-85/51.93-1 thru 7 entitled "Constitution Pipeline Company, LLC - Property of Stone Mountain Management, LLC - Located in Town of Masonville, Delaware County, New York" dated September 26, 2014.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 9/29/14

| DRAWING NO. | REFERENCE TITLE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET | | | | | | | | | |
| 26-03-70/0001-54 | ALIGNMENT SHEET | | | | | | | | | |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
STONE MOUNTAIN MANAGEMENT, LLC
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK


CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O.NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-03-14 | ISSUED FOR BID: | SCALE: NONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 09-08-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: MMC | DATE: 09-08-14 | ISSUED FOR CONSTRUCTION: | |
| B | 09-23-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | APPROVED BY: DPS | DATE: 09-24-14 | DRAWING NUMBER: 26-06-85/51.93-7-0 | SHEET 7 OF 7 |
| 0 | 09-26-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | |